# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE NINE WEST LBO SECURITIES LITIGATION | MDL Docket No. 2941 |

## THE PRUDENTIAL DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT

The Defendants named in the above-captioned litigation as Advanced Series Trust Academic Strategies Asset Allocation Portfolio, Advanced Series Trust Small Cap Value Portfolio, Defendant NJ-3, Prudential Financial, Inc. (The Prudential Insurance Company of America), Prudential Retirement Insurance & Annuity Co., Quantitative Management Associates LLC, and PGIM QMA Small-Cap Value Fund (collectively, the "Prudential Defendants") make the following disclosure of corporate ownership, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Defendant Prudential Financial, Inc. (The Prudential Insurance Company of America) is, in fact, two separate entities. The Prudential Insurance Company of America is a wholly owned subsidiary of Prudential Financial, Inc. Prudential Financial, Inc. is a publicly traded company and no public company holds 10% or more of its stock.

2. Defendant Prudential Retirement Insurance & Annuity Co. is a wholly owned subsidiary of The Prudential Insurance Company of America.

3. Defendant Quantitative Management Associates LLC is the predecessor company to QMA, LLC, a wholly owned subsidiary of PGIM, Inc.

4. Defendants The Target Portfolio Trust: PGIM QMA Small-Cap Value Fund, named in the Complaint as "PGIM QMA Small-Cap Value Fund," Advanced Series Trust: AST Academic Strategies Asset Allocation Portfolio, named in the Complaint as "Advanced Series Trust Academic

Strategies Asset Allocation Portfolio," and Advanced Series Trust: AST Small-Cap Value Portfolio, named in the Complaint as "Advanced Series Trust Small Cap Value Portfolio," are funds and no public company holds 10% or more of their stock.

BINDER & SCHWARTZ LLP

Dated: April 17, 2020  
       New York, NY

 /s/ Eric B. Fisher  
Eric B. Fisher  
Gregory C. Pruden  
366 Madison Avenue  
Sixth Floor  
New York, NY 10019  
Tel: (212) 510-7008  
efisher@binderschwartz.com  
gpruden@binderschwartz.com

*Attorneys for the Prudential Defendants*